**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02857-LTB

BRIAN HICKS,

    Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT NEXTEL COMPANY, LP,
SPRING COMMUNICATIONS COMPANY, LP, and
SPRINT SPECTRUM, LP,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This case was dismissed for lack of subject matter jurisdiction on December 3, 2014 (ECF No. 7), and the judgment (ECF No. 8) was entered on the same day. Therefore, the motions that Plaintiff, Brian Hicks, filed on December 8, 2014 (ECF Nos. 9 and 10), are DENIED as moot, and the response (ECF No. 8) to the order of October 24, 2014, to cure deficiencies and show cause will not be addressed. Filings will not be considered after the dismissal of a case.

Dated: December 9, 2014