# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02857-GPG

BRIAN HICKS,

    Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT NEXTEL COMPANY, LP,
SPRINT COMMUNICATIONS COMPANY, L.P., and
SPRINT SPECTRUM, L.P.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On May 29, 2015, the Court granted Plaintiff's Motion to Reconsider and reinstated the action. (ECF No. 28).  Therefore, Plaintiff's Motion for Disposition Regarding Plaintiff's Motion for Reconsideration filed on June 2, 2015 (ECF No. 29) is **DENIED** as MOOT.

Dated:  June 5, 2015