IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02857-RBJ-MJW

BRIAN HICKS,

Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT NEXTEL COMPANY, LP,
SPRINT COMMUNICATIONS COMPANY, L.P., and
SPRINT SPECTRUM, L.P.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Issuance of Summons and Specially Appointing Serving (Docket No. 37) is DENIED for the following reasons.

As to the appointment of Erin Hospodar to effect service under Rule 4(c)(3), no such appointment is necessary.  Assuming Plaintiff's representations are correct, and that Ms. Hospodar is both over 18 years old and not a party to this lawsuit, she is allowed to effect service under Rule 4(c)(2) without any order from the Court.

As to the issuance of summons, the tendered summonses are not properly completed.  They are missing Plaintiff's name and address as required by Rule 4(a)(1)(C).

Plaintiff may file new summons forms, properly completed, at which point the Clerk of Court will issue the summonses and Ms. Hospodar may serve them.

Date: July 8, 2015