IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02857-RBJ-MJW

BRIAN HICKS,

Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT NEXTEL COMPANY, LP,
SPRINT COMMUNICATIONS COMPANY, L.P., and
SPRINT SPECTRUM, L.P.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Early and Expedited Discovery (Docket No. 51) is DENIED AS MOOT.  *See* Fed. R. Civ. P. 26(d)(1); 26(f)(1).  *See* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").

The Court reminds the parties that the Scheduling Conference under Rule 16(b) is set for September 29, 2015, at 10:30 a.m.  Defendants shall file a proposed scheduling order on or before September 22, 2015.

Date: September 11, 2015