IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02857-RBJ-MJW

BRIAN HICKS,

Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT NEXTEL COMPANY, LP,
SPRINT COMMUNICATIONS COMPANY, L.P., and
SPRINT SPECTRUM, L.P.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Supplementation of Sprint's Initial Disclosures (Docket No. 70) is DENIED WITHOUT PREJUDICE. Plaintiff's argument that the stay of proceedings (*see* Docket No. 67) should not apply to the parties' initial-disclosure obligations under Fed. R. Civ. P. 26(a) is unpersuasive. Plaintiff may re-file his motion, if necessary, after the stay of proceedings has been lifted.

Date: January 11, 2016